**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EMPLOYEES' RETIREMENT PLAN OF THE NATIONAL EDUCATION ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 20-cv-3443 (RDM) |
| v. | ) ) | |
| CLARK COUNTY EDUCATION ASSOCIATION, | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

  Pursuant to this Court's May 5, 2024 Minute Order, Plaintiffs Employees' Retirement Plan of the National Education Association and the Retirement Board of the Employees' Retirement Plan of the National Education Association of the United States ("the Plan" or "Plaintiffs") and Defendant Clark County Education Association ("CCEA" or "Defendant") (collectively "the Parties"), hereby submit the following joint status report.

**BACKGROUND**

  1. This case was brought by the Plan pursuant to ERISA Sections 4221(b)(2, (3), and 4301(a)(1), 29 U.S.C. § § 1401(b)(2), (3), and 1451(a)(1) and 9 U.S.C. § 9, seeking to enforce in part and vacate/modify in part an arbitration award dated November 20, 2020 by Arbitrator Adam P. Segal in the American Arbitration Association case styled *Clark County Education Association v. Employees' Retirement Plan of the National Education Association*, AAA Case Number: 01-19-0000-4728 ("Award").

2.    Defendant filed a counter claim to enforce the arbitration award pursuant to ERISA Sections 4221(b)(2), (3), and 4301(a)(1).

3.    On February 27, 2023, this Court issued a Memorandum of Opinion and Order, granting, in part, and denying in part the parties cross-motions for summary judgment. Specifically, the Court affirmed and enforced the arbitration award, but remanded the matter back to the arbitrator for determination regarding the proper remedy.

4.    On July 27, 2023, Arbitrator Segal issued his Supplemental Award Following Remand ("Supplemental Award"). Thereafter, CCEA filed a motion to confirm the arbitration award as supplemented and Plaintiffs filed a cross-motion to vacate the supplemental arbitration award.

5.    On March 28, 2024, this Court issued a second Memorandum Opinion and Order granting CCEA's motion to confirm the arbitration award as supplemented and deny Plaintiffs' motion to vacate the supplemental award.

6.    On April 29, 2024, Plaintiffs filed a notice of appeal to the DC Circuit Court. On May 17, 2024, CCEA filed an unopposed motion to stay the deadline for filing a motion for attorneys' fees and costs, which was granted on May 20, 2024.

7.    Following Plaintiffs' appeal, the parties engaged in extensive settlement negotiations.

8.    On July 9, 2024, the parties entered into a settlement agreement which fully resolved this litigation including a dismissal of the pending appeal and any fee or costs award.

9.    On July 12, 2024, Plaintiffs filed a consent motion to withdraw the case, which was granted by the D.C. Circuit on July 24, 2024.

10.     The settlement agreement and all of its terms have now been fully complied with by both parties. As such, this matter has been fully resolved.

Dated August 19, 2024                    Respectfully submitted,


                                          /s/ Lauren P. McDermott
                                         Paul A. Green, DC Bar No. 383588
                                         Lauren P. McDermott, DC Bar No. 1008301
                                         Mooney, Green, Saindon, Murphy & Welch, P.C.
                                         1920 L Street NW, Suite 400
                                         Washington, DC 20036
                                         (202) 783-0100 telephone
                                         (202) 783-6088 facsimile
                                         pgreen@mooneygreen.com
                                         lmcdermott@mooneygreen.com

                                         Counsel for Plaintiffs


                                          /s/ Arlus J. Stephens
                                         Arlus J. Stephens (478938)
                                         Murphy Anderson PLLC
                                         1401 K Street NW, Suite 300
                                         Washington, DC 20005
                                         Tel.: (202) 223-2620
                                         Fax: (202) 296-9600
                                         Email: astephens@murphypllc.com

                                         Shawn C. Groff (admitted *pro hac vice*)
                                         Leonard Carder LLP
                                         1999 Harrison Street, Suite 2700
                                         Oakland, CA 94612
                                         Tel.: (510) 272-0169
                                         Fax: (510) 272-0174
                                         Email: sgroff@leonardcarder.com

                                         Counsel for Defendant/Counter-Plaintiff